UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Corey Stinson</u>

    v.                            Civil No. 08cv-00356-JL

<u>Bessette Et Boudreau,</u>
<u>Inc., et al.</u>

**<u>ORDER AFTER PRELIMINARY</u>**
**<u>PRETRIAL CONFERENCE</u>**

The Preliminary Pretrial Conference was held in chambers on **April 14, 2009.**

The parties have agreed that New Hampshire law applies in this case.

The Discovery Plan (document no. 10) is approved as submitted, with the following changes:

- "DiBenedetto" disclosure deadline -- **October 1, 2009**
- Close of discovery -- **April 15, 2010**
- Summary judgment motions -- **May 1, 2010**
- Trial -- **September 2010**

Based on the discussions between the court and counsel/parties at the conference, the following affirmative

defenses are **stricken** without prejudice to being reinstated on request if warranted by the evidence:

• the defendant's fourth (statute of limitations), eighth (assumption of the risk, but stricken only to the extent that the defense implicates a claim of release; the theories of primary duty implied assumption of risk and secondary implied assumption of risk, see Allen v. Dover Co-Recreational Softball League, 148 N.H. 407 (2002), remain asserted), and ninth (injury by fellow servant).

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated:  April 14, 2009

cc:  Philip R. Waystack, Jr., Esq.
     Jonathan S. Frizzell, Esq.
     Marc R. Scheer, Esq.